DR. DANIEL HALLER, ETANO

                                          Plaintiff(s)

               - against -

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ETAL

                                          Defendant(s)

Index # 2:21-CV-07208-AMD-AYS

Purchased December 31, 2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 2, 2022 at 11:58 AM at

C/O US ATTORNEY FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

deponent served the within SUMMONS AND COMPLAINT on U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES therein named.

BY LEAVING A TRUE COPY WITH RICH "S"., UNITED STATES MARSHALL, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | SALT & PEPPER | 50 | 6'1 | 210 |
| BALDING | | | | | |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence/actual place of business at

200 INDEPENDENCE AVENUE SW
WASHINGTON, DC 20201

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 2, 2022 by REGISTERED MAIL-RETURN RECEIPT REQUESTED RECEIPT # RF408371480US in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: March 2, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 780937

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

**Registered No.** RF408371480US

**Date Stamp** 0005

Postage $ $1.92

Extra Services & Fees (continued)
☐ Signature Confirmation $_____

Extra Services & Fees
☐ Registered Mail $ $13.75
☐ Return Receipt (hardcopy) $ $3.05
☐ Signature Confirmation Restricted Delivery $_____
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $_____

Total Postage & Fees $ $18.76

Customer Must Declare Full Value $0.00

Received by [signature] 03/02/22

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

OFFICIAL USE
NEW YORK NY 10007

**FROM:** UNITED PROCESS SERVICE, INC.
225 BROADWAY, SUITE 440
NEW YORK, NY 10007

**TO:** U.S. Dept. of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Custom
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

**Registered No.** RF408371476US

**Date Stamp** 0005

Postage $ $1.92

Extra Services & Fees (continued)
☐ Signature Confirmation $_____

Extra Services & Fees
☐ Registered Mail $ $13.75
☐ Return Receipt (hardcopy) $ $3.05
☐ Signature Confirmation Restricted Delivery $_____
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $_____

Total Postage & Fees $ $18.76

Customer Must Declare Full Value $0.00

Received by [signature] 03/02/22

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

OFFICIAL USE
NEW YORK NY 10007

**FROM:** UNITED PROCESS SERVICE, INC.
225 BROADWAY, SUITE 440
NEW YORK, NY 10007

**TO:** Xavier Becerra in His Official Capacity as
Secretary of Health and Human Services
200 Independence Avenue

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Custom
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com