

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

April 5, 2022

<u>Via ECF</u>
Judge Ann Donnelly
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Courtroom 4G
Brooklyn, New York 11201

      Re:    *Haller v. U.S. Department of Health and Human Services, et al.*,
             <u>Case No. 21-cv-7208-AMD-AYS</u>

Dear Judge Donnelly:

    We represent Plaintiffs in the above-referenced action. Pursuant to the Court's Order dated April 1, 2022, on April 4, 2022, Plaintiffs filed a Notice of Motion for a preliminary injunction (Docket No. 25), replacing the previously filed order to show cause that requested the same relief.

    We write in response to the Court's minute entry of April 4, 2022 to confirm that Plaintiffs intend to rely on their previously filed submissions in support of their motion, specifically (a) the Declaration of Dr. Daniel Haller, sworn to on March 25, 2022 (Docket No. 22) and (b) Plaintiffs' Memorandum of Law in Support of Their Motion for a Temporary Restraining Order and Preliminary Injunction (Docket No. 23). We thank the Court for its attention to this matter.

                                                   Respectfully submitted,

                                                    */s/ Justin T. Kelton*

                                                    Justin T. Kelton

cc:     Counsel for Defendants (by ECF)