IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. DANIEL HALLER and LONG ISLAND SURGICAL PLLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>*Defendants* | **NOTICE OF MOTION TO EXTEND TIME**<br>**TO FILE A NOTICE OF APPEAL**<br>No. 21-cv-7208-AMD |

**NOTICE OF MOTION TO EXTEND PLAINTIFFS' TIME TO FILE A NOTICE OF APPEAL**

Please take notice that, upon the Affirmation of attorney Nick Wilder, Esq, counsel for plaintiffs, dated October 31, 2022, plaintiffs in the above-captioned action will and hereby do move this Court before the Honorable Ann M. Donnelly, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, to extend plaintiff's time to file a notice of appeal, pursuant to Rule 4(a)(5), of the Decision and Order, entered August 11, 2022, denying plaintiffs' motion for a temporary restraining order and injunction, and granting defendants' motion to dismiss all causes of action, including the seventh amendment claim, fifth amendment takings claim and due process claim, deprivation of common law claims, and claims the Regulations exceeding authority by the Act.

Dated: October 31, 2022

        Respectfully Submitted

*/S/ Nick Wilder, Esq.*
The Wilder Law Firm
301 West 57 Street, Suite 19B
New York, NY 10019
(212) 951-0042
nick@wilder.law
*Counsel for plaintiffs*