# NOTICE OF APPEAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. DANIEL HALLER and LONG ISLAND SURGICAL PLLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, <br><br> *Defendants* | **NOTICE OF APPEAL** <br><br> No. 21-cv-7208-AMD |

Notice is hereby given that DR. DANIEL HALLER and LONG ISLAND SURGICAL PLLC, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order of the Honorable Ann M. Donnelly, denying plaintiffs' motion for a temporary restraining order and injunction, and granting defendants' motion to dismiss all causes of action, including the seventh amendment claim, fifth amendment takings claim and due process claim, deprivation of common law claims, and claims the Regulations exceeding authority by the Act, and entered as a judgment on August 11, 2022.

Dated: October 31, 2022

Respectfully Submitted

*/S/ Nick Wilder, Esq.*
The Wilder Law Firm
301 West 57 Street, Suite 19B
New York, NY 10019
(212) 951-0042
nick@wilder.law
*Counsel for plaintiffs*