IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_____
)
DR. DANIEL HALLER and LONG )
ISLAND SURGICAL PLLC, )
)
Plaintiffs, )
)
v. ) Civil Action No. 2:21-cv-07208-AMD
)
U.S. DEPARTMENT OF HEALTH AND )
HUMAN SERVICES, *et al.*, )
)
Defendants. )
_____)

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS'
MOTION TO EXTEND THE DEADLINE TO FILE A NOTICE OF APPEAL**

Defendants respectfully notify the Court that they do not oppose Plaintiffs' Motion for Extension of Time to File a Notice of Appeal (ECF 39).

Dated: November 2, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Anna Deffebach*
ANNA DEFFEBACH
Trial Attorney
D.C. Bar No. 241346
D.C. Bar No. 448431
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-8356
Fax: (202) 616-8470
E-mail: Anna.L.Deffebach@usdoj.gov

*Counsel for Defendants*