THE WILDER LAW FIRM
301 West 57 Street, Suite 19B
New York, NY 10019
Phone (212) 951-0042
Fax: 646-439-9522
Email: nick@wilder.law

November 9, 2022

**SIMULTAENOULY TRANSMITTED BY ECF TO CONSEL FOR DEFENDANTS**

**By ECF**
Ann M. Donnelly
United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

      Re: *Haller et. al. v. US Dept. of Health & Human Services et al.,* 2:21-CV-7208 (AMD) (AYS)

To the Court:

I am counsel for Plaintiffs in the above-captioned matter. On November 3, 2022, this Court issued its Decision and Order granting Plaintiff's application for permission to file a late notice of appeal.

I originally filed the application on October 31, 2022. On the same day, I erroneously - filed a notice of appeal. Thus, I prematurely uploaded a notice of appeal, prior to this Court's Order issued November 3, 2022.

The Order does not provide a deadline for filing the notice of appeal. I respectfully request the Court provide a deadline for proper filing of the notice of appeal.

Thank you,

Nick Wilder