# NOTICE OF APPEAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. DANIEL HALLER and LONG ISLAND SURGICAL PLLC, *Plaintiffs*, v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, *Defendants* | **NOTICE OF APPEAL** No. 21-cv-7208-AMD |

Notice is hereby given (in accordance with this Court's November 9, 2022 Scheduling Order) that DR. DANIEL HALLER and LONG ISLAND SURGICAL PLLC, hereby appeal to the United States Court of Appeals for the Second Circuit from all parts of the Decision and Order of the Honorable Ann M. Donnelly, denying plaintiffs' motion for declaratory and injunctive relief concerning the "No Surprise Act" and related "Administrative Procedure Act", denying a restraining order and injunction, and granting defendants' motion to dismiss all causes of action, including the seventh amendment claim, fifth amendment takings claim and due process claim, deprivation of common law claims, and claims the Regulations exceed authority by the Act, and entered as a judgment on August 11, 2022.

Dated: November 17, 2022

                                                    Respectfully Submitted

                                                    */S/ Nick Wilder, Esq.*
                                                    The Wilder Law Firm
                                                    301 West 57 Street, Suite 19B
                                                    New York, NY 10019
                                                    (212) 951-0042
                                                    nick@wilder.law
                                                    *Counsel for plaintiffs*